## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Tovia Gross,                                       Civil Action No:
                                                   7:24-cv-2396
                          Plaintiff,

    -v.-

Equifax Information Services, LLC,

Experian Information Solutions, Inc., and

HSBC Bank N.A.,


                          Defendants.

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT AS TO HSBC BANK, N.A.

     Notice is hereby given that the Plaintiff and the Defendant, HSBC Bank, N.A., have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 12th day of November 2024

                                                */s/Eliyahu Babad*
                                                Eliyahu Babad, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                Ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 12, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eliyahu Babad*
Eliyahu Babad, Esq.